**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAEL PETITE,

    Petitioner,

v.                                          Case No:  8:14-cv-2146-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the reply filed by Petitioner on June 4, 2015 (Doc. 13).  Previously, Petitioner filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (Doc. 1).  The Court dismissed Petitioner's claims as procedurally barred on January 26, 2015.  (Doc. 7).  Following entry of the order dismissing Petitioner's petition, Petitioner requested leave to file a reply to the petition out-of-time, which the Court granted.  (Docs. 9, 10).  On June 4, 2015, Petitioner filed his reply, claiming that he recently became aware that the reply he previously provided to prison authorities for mailing was never received by the Court.  (Doc. 13).

The Court, having considered the arguments raised in Petitioner's reply, concludes that it does not warrant amendment of its previous order dismissing Petitioner's petition as procedurally barred.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record